**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01394-CV

### GARY KUZMIN, Appellant

### V.

### JIMMY JONES, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01580-2012**

## ORDER

We **GRANT** appellee David A. Schiller's December 9, 2013 unopposed motion for an

extension of time to file a brief. Appellee shall file his brief on or before January 24, 2014.

/s/    DAVID LEWIS
       JUSTICE